## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

NORTHPOINTE TOWNHOMES
CONDOMINIUM ASSOCIATION,
a Michigan nonprofit corporation,

        Plaintiff,

    v.

MEGMAD FAMILY TRUST,

        Defendant.

_____/

Case No. 2:22-cv-13044-GAD-DRG

District Judge: Gershwin A. Drain
Magistrate Judge: David R. Grand

**NOTICE OF COMPLIANCE FOR REMOVAL**

Julie A. Goldberg (CA Bar No. 235565)
Monica R. Smith (MI No. P73439)
GOLDBERG & ASSOCIATES
3005 Oakwood Boulevard
Melvindale, MI 48122
(313) 888-9545
ecf@goldbergimmigration.com
*Attorneys for Defendant*

Todd Skowronski (MI No. P74301)
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC
30140 Orchard Lake Road
Farmington Hills, MI 48334
(248) 671-0140
tskowronski@maglawpllc.com
*Attorney for Plaintiff*

_____/

**TO THE CLERK OF THE U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN AND TO PLAINTIFF NORTHPOINTE TOWNHOMES CONDOMINIUM ASSOCIATION, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, 12/15/2022, Defendant MEGMAD FAMILY TRUST filed a Notice of Filing of Notice of Removal with the Circuit Court of the State of Michigan for the County of Wayne and served it on counsel for Plaintiff. Defendant also served a Notice to Adverse Party of Removal to Federal Court, in compliance with 28 U.S.C. § 1446(d).

      A conformed copy of the referenced Notice of Filing of Notice of Removal (without exhibits) is attached as **<u>Exhibit A</u>**. A conformed copy of the referenced Notice to Adverse Party with the proof of service is attached as **<u>Exhibit B.</u>**

      Respectfully Submitted,

      GOLDBERG & ASSOCIATES

Dated: December 16, 2022      <u>/s/ *Julie Goldberg*</u>
      By: Julie Goldberg (CA Bar No. 235565)
      *Attorneys for Defendant*

# EXHIBIT A

**STATE OF OF MICHIGAN**
**IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE**

NORTHPOINTE TOWNHOMES CONDOMINIUM
ASSOCIATION,                                              Case No. 22-014146-CH
a Michigan nonprofit corporation,                        Hon.. Patricia Perez Fresard
        Plaintiff,

       v.                                              **NOTICE OF FILING OF**
                                      **NOTICE OF REMOVAL**

MEGMAD FAMILY TRUST,

        Defendant.
_____/

Monica R. Smith (P73439)
GOLDBERG & ASSOCIATES
3005 Oakwood Boulevard
Melvindale, MI 48122
(313) 888-9545
ecf@goldbergimmigration.com
*Attorneys for Defendant*

Todd Skowronski (MI No. P74301)
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC
30140 Orchard Lake Road
Farmington Hills, MI 48334
(248) 671-0140
tskowronski@maglawpllc.com
*Attorney for Plaintiff*
_____/

<u>**NOTICE OF REMOVAL**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on 12/15/22, Defendant MEGMAD FAMILY TRUST in

the above-captioned action removed this action to the United States District Court for the Eastern

District of Michigan, by filing a Notice of Removal in that Court. A true and correct copy of the

Notice of Removal is attached as **<u>Exhibit A</u>**. Pursuant to 28 U.S.C. § 1446(d), this Court may

proceed no further unless until the case is remanded.

///

///

1

Document received by the MI Wayne 3rd Circuit Court.

Respectfully Submitted,

GOLDBERG & ASSOCIATES

Dated: December 15, 2022

/s/ *Monica Smith*
By: Monica R. Smith  (P73439)
*Attorneys for Defendant*

Document received by the MI Wayne 3rd Circuit Court.

# EXHIBIT **B**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

NORTHPOINTE TOWNHOMES
CONDOMINIUM ASSOCIATION,
a Michigan nonprofit corporation,

        Plaintiff,

    v.

MEGMAD FAMILY TRUST,

        Defendant.

_____/

Case No.: 2:22-cv-13044-GAD-DRG

District Judge: Gershwin A. Drain
Magistrate Judge: David R. Grand

**NOTICE TO ADVERSE PARTY OF
REMOVAL TO FEDERAL COURT**

Julie A. Goldberg (CA Bar No. 235565)
Monica R. Smith (MI No. P73439)
GOLDBERG & ASSOCIATES
3005 Oakwood Boulevard
Melvindale, MI 48122
(313) 888-9545
ecf@goldbergimmigration.com
*Attorneys for Defendant*

Todd Skowronski (MI No. P74301)
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC
30140 Orchard Lake Road
Farmington Hills, MI 48334
(248) 671-0140
tskowronski@maglawpllc.com
*Attorney for Plaintiff*

_____/

1

**TO PLAINTIFF NORTHPOINTE TOWNHOMES CONDOMINIUM ASSOCIATION, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on, 12/15/2022, a Notice of Removal was filed in the United States District court for the Eastern District of Michigan. A copy of the Notice of Removal is attached as **Exhibit A**, and is served and filed herewith.

                               Respectfully Submitted,

                               GOLDBERG & ASSOCIATES

Dated: December 15, 2022       /s/ *Julie Goldberg*
                               By: Julie Goldberg (CA Bar No. 235565)
                               *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2022, I mailed this **Notice to Adverse Party of Removal to Federal Court** by United States Postal Service, first class postage prepaid, and by electronic mail to Plaintiff's counsel below:

Todd Skowronski (MI No. P74301)
MAKOWER ABBATE GUERRA
WEGNER VOLLMER PLLC
30140 Orchard Lake Road
Farmington Hills, MI 48334
(248) 671-0140
tskowronski@maglawpllc.com

Clement Leung